## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

SEIU Local 4 Health and Welfare Fund, et al.

                            Plaintiff,

v.                                             Case No.: 1:17−cv−02441
                                            Honorable Robert M. Dow Jr.

Takeda Pharmaceutical Company Limited, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 10, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs' notice of voluntary dismissal [44] was filed on 7/31/17. Accordingly, all pending motions, deadlines, and hearings are stricken and this action is dismissed without prejudice. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.